# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 99-2096

_____

In re: Warren E. Bierman; Brenda J.          *
Bierman; Oconto Cattle Co., a Nebraska       *
Limited Partnership,                         *
                                             *
                                             *
            Debtors,                         *
                                             *
_____                      *
                                             *
Farm Credit Services of the Midlands,        *
PCA,                                         *   Appeal from the United States
                                             *   District Court for the District
                                             *   of Nebraska.
            Appellee,                        *
                                             *
                                             *
      v.                                     *        [UNPUBLISHED]
                                             *
Warren E. Bierman; Brenda J. Bierman;        *
Oconto Cattle Co., a Nebraska Limited        *
Partnership; Brenda J. Bierman Trust,        *
by and through Tammy Gregerson, as           *
Trustee,                                     *
                                             *
                                             *
            Appellants.                      *

_____

Submitted:  December 17, 1999

Filed:  December 23, 1999

_____

Before McMILLIAN and FAGG, Circuit Judges, and BOGUE,[*] District Judge.
_____

PER CURIAM.

The Bierman appellants (Oconto Cattle Co., Warren E. Bierman, Brenda J. Bierman, and the Brenda J. Bierman Trust) appeal the district court's ruling affirming the bankruptcy court's decision that a spendthrift provision in the Brenda J. Bierman Trust was unenforceable because of the control Brenda J. Bierman exerted over the trust corpus, and thus the corpus was property of the bankruptcy estate. Having reviewed the record and the parties briefs in the context of the appellants' contentions, we see no error of fact or law by the bankruptcy court. Given the thorough treatment of the spendthrift trust issues by the district court and the bankruptcy court, we conclude that an extended opinion is unnecessary. We believe the relevant provisions of the trust agreement were correctly analyzed, and the controlling state law was correctly applied by these courts. Having nothing to add to their well-reasoned opinions and orders, we affirm without further discussion. See 8th Cir. R. 47B.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.

_____

[*]The Honorable Andrew W. Bogue, United States District Judge for the District of South Dakota, sitting by designation.